IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

    Plaintiff,                    No. 2: 10-cv-2162 FCD KJN P

    vs.

DR. MORROW, et al.,

    Defendants.             ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 26, 2010, plaintiff was granted thirty days to file either an amended complaint or return service documents for defendant Morrow.  Thirty days passed and plaintiff did not file an amended complaint or return the service documents for defendant Morrow.

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to comply with the August 26, 2010 order.

DATED: October 5, 2010

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

bj2162.osc

1