IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

      Plaintiff,                      No. 2:10-cv-2162 FCD KJN P

    vs.

DR. MORROW, et al.,

      Defendants.                ORDER

_____/

        On August 26, 2010, plaintiff was granted thirty days to file either an amended complaint or return service documents for defendant Morrow.  Thirty days passed and plaintiff did not file an amended complaint or return the service documents.  Accordingly, on October 6, 2010 plaintiff was ordered to show cause why this action should not be dismissed for his failure to respond to the August 26, 2010 order.

        On October 25, 2010, plaintiff filed a response to the order to show cause.  Plaintiff states that he could not comply with the August 26, 2010 order because he was recently transferred to two different prisons.  Good cause appearing, the order to show cause is discharged.

////

////

1           In his October 25, 2010 pleading, plaintiff also states that all of his legal property
2   was lost during his transfers.  Plaintiff requests that the court provide him with a copy of his
3   complaint so that he may comply with the court order.  Based on these unusual circumstances,
4   the Clerk of the Court is directed to send plaintiff a copy of his August 13, 2010 complaint.
5   Because plaintiff indicates that he intends to file an amended complaint, he is granted twenty-
6   eight days from the date of this order to file this pleading.
7           Accordingly, IT IS HEREBY ORDERED that:
8           1.  The October 6, 2010 order to show cause is discharged;
9           2.  Plaintiff is granted twenty-eight days from the date of this order to file an
10  amended complaint;
11          3.  The Clerk of the Court shall send plaintiff a copy of his August 13, 2010
12  complaint; the Clerk is also directed to re-serve plaintiff with the August 26, 2010 order
13  dismissing his complaint with leave to amend (Dkt. No. 6).
14  DATED:  November 2, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

19  bjor2162.36