1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL P. BJORLIN,

11              Plaintiff,                    No. 2: 10-cv-2162 FCD KJN P

12        vs.

13   DR. MORROW, et al.,

14              Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16              By order filed November 3, 2010, plaintiff was granted twenty-eight days to file

17   an amended complaint.  The twenty-eight day period has now expired, and plaintiff has not filed

18   an amended complaint or otherwise responded to the court's order.

19              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

21              These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

23   days after being served with these findings and recommendations, plaintiff may file written

24   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25   Findings and Recommendations."  Any response to the objections shall be filed and served

26   within fourteen days after service of the objections.  Plaintiff is advised that failure to file

1    objections within the specified time may waive the right to appeal the District Court's order.

2    <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3    DATED:  December 8, 2010

4

5

6                                        _____

7                                        KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

8    bj2162.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26