1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL P. BJORLIN,

11              Plaintiff,              No. 2: 10-cv-2162 FCD KJN P

12       vs.

13   DR. MORROW, et al.,

14              Defendants.             <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On December 9, 2010, the undersigned recommended that this

18   action be dismissed based on plaintiff's failure to file an amended complaint in accordance with

19   the order filed November 3, 2010.  On December 17, 2010, plaintiff filed an amended complaint.

20   Good cause appearing, the December 9, 2010 findings and recommendations are vacated.

21          The amended complaint states a potentially cognizable claim for relief pursuant to

22   42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are

23   proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

24          In accordance with the above, IT IS HEREBY ORDERED that:

25          1.  The December 9, 2010 findings and recommendations (Dkt. No. 15) are

26   vacated;

1

2.  Service is appropriate for the following defendants: Morrow, Dennis, Sloan, Krause, St. Leaurant, Cull.

3.  The Clerk of the Court shall send plaintiff 6 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed December 17, 2010.

4.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 3 above; and

d.  Seven copies of the endorsed amended complaint filed December 17, 2010.

5.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  December 30, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bj2162.ord

2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL P. BJORLIN,

11              Plaintiff,                        No. 2: 10-cv-2162 FCD KJN P

12        vs.

13   DR. MORROW, et al.,                          NOTICE OF SUBMISSION

14              Defendants.                        OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____
                                          Complaint/Amended Complaint
21   DATED:

22

23                                       _____
                                         Plaintiff
24

25

26